A. P. GIFFORD et al. v. STATE.

No. A-1237.   Opinion Filed September ·5, 1911.

Appeal from Washita County Court.

PER CURIAM. On the 3rd day of May, 1911, judgment was pronounced against appellant in the county court of Washita county for a violation of the prohibitory liquor law. Appellant was sentenced to pay a fine of $50 and to imprisonment in the county jail for a period of 30 days. At the same time, in the same case, judgment was pronounced against A. H. Sheppard for the same offense. Both parties prosecuted an appeal to this court. After the appeal was perfected, appellant A. P. Gifford moved the court to be permitted to withdraw his appeal, which motion is by the court sustained, and the appeal of the said A. P. Gifford is therefore dismissed, but said case is continued in this court as to the appeal of A. H .Sheppard.

R., H. EVERETT v. STATE.

No. A-737.   Opinion Filed September 5, 1911.

Appeal from Marshall County Court.

PER CURIAM. On the 26th day of October, 1909, judgment was rendered against appellant in the county court of Marshall county for a violation of the prohibitory liquor law and he was sentenced to pay a fine of $50 and 30 days imprisonment in the county jail. Appellant, however, did not perfect· his appeal until the 25th day of April, 1910, which was long after the time allowed by law for this purpose. This court, therefore, did not acquire jurisdiction of the case and the appeal is dismissed.